**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CALVIN WARREN CLARK                                                                              PLAINTIFF

V.                                          NO: 3:10CV00308 JMM

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT *et al.*                                                        DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22<u>nd</u> day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE